UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN CARROLL,<br><br>            Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>            Defendant. | No. 1:23-cv-00158-TLN-CKD<br><br>**ORDER** |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security denying an application for Disability Income Benefits ("DIB") under Title II of the Social Security Act.

On December 22, 2023, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. The time to file objection has passed, and neither party filed objections.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on December 22, 2023 (ECF No. 16) are ADOPTED IN FULL;
2. Plaintiff's Motion for Summary Judgement (ECF No. 10) is GRANTED;
3. The Commissioner's cross-motion for summary judgment (ECF No. 12) is DENIED;
4. The Clerk of Court is directed to enter judgement in favor of Plaintiff; and
5. This matter is remanded for further administrative proceedings consistent with this order.

Date: February 2, 2024

_____
Troy L. Nunley
United States District Judge